United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ramon Lopez, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 18-cv-25132-Civ-Scola |
| | ) |
| United States of America and | ) |
| others, Defendants. | ) |

### Order Adopting Magistrate Judge's Report and Recommendation

This case was referred to United States Magistrate Judge Lisette M. Reid for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On June 29, 2020, Judge Reid issued a report (ECF No. 146), recommending that the Court grant the Defendants' motion for summary judgment and dismiss the Plaintiff's claims under the Freedom of Information Act ("FOIA") (ECF No. 135). The Court initially adopted the report and recommendation, noting that the Plaintiff had not timely filed any objections. (ECF No. 149.) Ultimately, on reconsideration, the Court afforded the Plaintiff an extension of time to file objections. (ECF No. 155.) The Plaintiff objected to Judge Reid's recommendation to grant the Defendants' motion for summary judgment. (ECF No. 156.) The Court has considered, *de novo*, Judge Reid's report, the record, and the relevant legal authorities. The Court finds Judge Reid's report and recommendation cogent and compelling. The Court **affirms and adopts** Judge Reid's report and recommendation (**ECF No. 146**) and **grants** the motion (**ECF No. 135**).

In her report, Judge Reid recommended that the Defendants' motion for summary judgment be granted the Defendants satisfied their burden of showing that there was not an issue of fact as to the reasonableness of the search conducted or that all responsive documents were produced to the Plaintiff. Judge Reid. The burden then shifted to the Plaintiff to set forth specific facts showing that there is a genuine issue for trial. Judge Reid found that the Plaintiff did not meet his burden because his sworn declaration conceded that he did receive most of the documents requested.

The Plaintiff's first objection contends that Judge Reid erred in finding that the Defendants had met their initial burden of showing the agency searched for the documents. The Court disagrees. Upon review of the record, including several sworn declarations, the Defendants showed that both the United States Attorney's Office for the Southern and Middle Districts of Florida searched for the documents sought, twenty-four of which were responsive to

the Plaintiff's request and were produced to him on two separate occasions. The Defendants' efforts are reasonable under the circumstances. *Price v. Nat'l Sec. Agency,* No. 17-24440-CIV, 2019 WL 5291254, at *8 (S.D. Fla. July 31, 2019) (Otazo-Reyez, MJ), *report and recommendation adopted,* No. 17-24440-CIV, 2019 WL 5290879 (S.D. Fla. Sept. 26, 2019) (Gayles, J.), *appeal dismissed,* No. 20-10078-HH, 2020 WL 8084459 (11th Cir. Oct. 27, 2020); see also *Rominov Inv. Servs. Inc. v. U.S. Dep't of Homeland Sec.,* No. 619CV427ORL31EJK, 2020 WL 4289426, at *5 (M.D. Fla. July 2, 2020) (Kidd, M.J.), *report and recommendation adopted,* No. 619CV427ORL31EJK, 2020 WL 4287354 (M.D. Fla. July 27, 2020) (Presnell, J.). The evidence also indicates that no other responsive documents have been discovered despite the Defendants' reasonable efforts.

The Plaintiff also contests Judge Reid's finding that he did not satisfy his burden, specifically, that Judge Reid erred in finding that the Plaintiff conceded that he received most of the requested documents. The Plaintiff explains that he meant that he received most documents associated with a request regarding a forfeiture case involving another defendant. Assuming without finding this is true, the Plaintiff has nonetheless failed to show that there remains a question of fact regarding the reasonableness of the Defendants' searches and the completion of what documents were produced.

For these reasons, the Court agrees with Judge Reid's well-reasoned analysis and recommendations and finds that summary judgment must be granted in favor of the Defendants. Accordingly, the Plaintiff's objections to the report **(ECF No. 156)** are **overruled** and the Defendants' motion for summary judgment **(ECF No. 35)** is **granted**. The Court shall enter a final judgment in favor of the Defendants by separate order and the Clerk of the Court is directed to **close** this case and **deny** all pending motions as moot.

**Done and ordered**, at Miami, Florida, on May 11, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

*Copies, via U.S. Mail, to*:
Ramon Lopez
42004-004
Edgefield Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 725
Edgefield, SC 29824